**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

TFS CAPITAL SOLUTIONS                               CIVIL ACTION

VERSUS                                              NO. 10-1915

KO & ASSOCIATES, L.L.C.                             SECTION "K"(4)

## ORDER

Before the Court is the "Motion to Establish Amount of Attorney's Fees, Costs and Expenses Due to TFS Capital Solutions" filed on behalf of Wells Fargo Equipment Finance, Inc. (Doc. 58). No opposition to the motion has been filed. Having reviewed the pleadings, memorandum, and relevant law, the Court GRANTS the motion. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment entered July 8, 2011 be amended to include an award in favor of plaintiff TFS Capital Solutions, a division of Well Fargo Equipment Finance, Inc., and against the defendant, KO & Associates in the amount of Twenty Five Thousand Two Hundred Forty Seven and 35/100 Dollars ($25,247.35), for attorney's fees, costs, and expenses incurred by plaintiff TFS Capital Solutions, a division of Wells Fargo Equipment Finance, Inc., less any amount refunded by the United States Marshal's office to plaintiff; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that TFS Capital Solutions, a division of Well Fargo Equipment Finance, Inc.'s, right to seek additional amounts to compensate it for attorney's fees, costs, and expenses incurred in defending any appeal lodged by

KO & Associates and collecting the judgments obtained in this case is reserved.

New Orleans, Louisiana, this 11th day of August, 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE